IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**PAM HICKS**                                                                                   **PLAINTIFF**

v.                                  No. 3:12-cv-266-DPM

**JESSE MATHIS, in his individual
and official capacities**                                                      **DEFENDANT**

### ORDER

Hicks has moved to nonsuit her complaint. Before a defendant has answered, this is a matter of right. FED. R. CIV. P. 41(a)(1)(A)(i). Her motion, *Document No. 3*, is therefore granted. Hicks's complaint is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 February 2013