IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PAM HICKS                                                                                           PLAINTIFF

v.                                      No. 3:12-cv-266-DPM

JESSE MATHIS, in his individual
and official capacities                                                                        DEFENDANT

## JUDGMENT

Hicks's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 February 2013